Judith A. Blick, Bar No. 105479
Susan J. Gill, Bar No. 131890
Kevin J. McConville, Bar No. 149669
**BLICK, GILL & RHOADES**
5473 Kearny Villa Road, Suite 270
San Diego, CA 92123
Tele: (858) 712-9222
Fax: (858) 712-9333
sgill@coveragecounsel.com

Attorneys for Defendants, NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH, PA, ASSOCIATED UNDERWRITERS, UNITED TRUCKERS ASSOCIATION

FILED
2008 JUL -3 PM 12:26
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

08 CV 1195 JLS LSP

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILES HALL,<br><br>  Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH, PA, a corporation; ASSOCIATED UNDERWRITERS; UNITED TRUCKERS ASSOCIATION; and DOES 1 through 100, inclusive,<br><br>  Defendant. | CASE NO.<br><br>**NOTICE OF PARTY WITH FINANCIAL INTEREST STATEMENT PURSUANT TO FEDERAL RULES**<br><br>[FRCP RULE 7.1, LOCAL RULE 40.2] |

BY FAX

PLEASE TAKE NOTICE, that pursuant Federal Rules of Civil Procedure, Section 7.1 and Southern District of California, Local Civil Rule 40.2, Defendants advise that Defendant NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH, PA, is a member company of American International Group, Inc., a publicly traded company.

Date: 7-3-08

BLICK, GILL & RHOADES

By: _____
Susan J. Gill
Attorneys for Defendants, NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH, PA, ASSOCIATED UNDERWRITERS, UNITED TRUCKERS ASSOCIATION

1

**NOTICE OF FINANCIAL INTEREST STATEMENT**