ORIGINAL

Judith A. Blick, Bar No. 105479
Susan J. Gill, Bar No. 131890
Kevin J. McConville, Bar No. 149669
**BLICK, GILL & RHOADES**
5473 Kearny Villa Road, Suite 270
San Diego, CA 92123
Tele: (858) 712-9222
Fax: (858) 712-9333
sgill@coveragecounsel.com

Attorneys for Defendants, NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH, PA, ASSOCIATED UNDERWRITERS, UNITED TRUCKERS ASSOCIATION

FILED
2008 JUL -3 PM 12: 26
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

'08 CV 1195 JLS LSP

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILES HALL,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH, PA, a corporation; ASSOCIATED UNDERWRITERS; UNITED TRUCKERS ASSOCIATION; and DOES 1 through 100, inclusive,<br><br>Defendant. | CASE NO.<br><br>**NOTICE OF RELATED ACTION**<br>**[LOCAL RULE 40.1 (e)]** |

BY FAX

TO THE HONORABLE JUDGES AND THE CLERK OF THE UNITED STATES DISTRICT COURT OF THE SOUTHERN DISTRICT OF CALIFORNIA:

Pursuant to Local Rule 40.1 (e), the undersigned, counsel of record for Defendants, NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH, PA, ASSOCIATED UNDERWRITERS AND UNITED TRUCKERS ASSOCIATION respectively advises of a pending case entitled *Miles Hall v. Estate of Fred D. Williams, Jr., deceased*, San Diego Superior Court case number 37-2008-00079269-CU-PO-CTL, filed on March 5, 2008, in which a number of individuals including plaintiff MILES HALL has sued other defendants

///

---

1

**NOTICE OF RELATED ACTION**

1  who are not parties herein. Defendants in the related case include the deceased's
2  former employer's estate for wrongful death involving the same incident/accident. The
3  current case filed by Miles Hall only, against defendants herein, involves insurer and
4  administrator parties that are not named in the related case. The current case in various
5  disputed death benefits under an occupational liability policy that do not involve
6  liability issues involving the subject incident.

8  Date: 7-3-08

      BLICK, GILL & RHOADES

      By: *Susan Gill*
      Susan J. Gill
      Attorneys for Defendants, NATIONAL
      UNION FIRE INSURANCE CO. OF
      PITTSBURGH, PA, ASSOCIATED
      UNDERWRITERS, UNITED TRUCKERS
      ASSOCIATION

2

**NOTICE OF RELATED ACTION**